## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

07CV6118
JUDGE MANNING
MAG.JUDGE NOLAN

*JH*

In the Matter of

MICROSOFT CORPORATION, a Washington corporation,

v.

CYBER CYCLE, INC., an Illinois corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, MICROSOFT CORPORATION

**FILED**

OCT 3 0 2007
OCT. 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME (Type or print)**<br>Todd M. Church | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ | |
| **FIRM**<br>Perkins Coie LLP | |
| **STREET ADDRESS**<br>131 South Dearborn Street, Suite 1700 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6281176 | **TELEPHONE NUMBER**<br>(312) 324-8400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐