FILED
OCT 30 2007
OCT. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

CYBER CYCLE, INC., an Illinois corporation;
RAY SHUNNARAH, an individual; and
PAULINE SHUNNARAH, an individual,

    Defendants.

Case 07CV6118
JUDGE MANNING
MAG. JUDGE NOLAN

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Plaintiff Microsoft Corporation ("Microsoft"), by its undersigned counsel, and pursuant to Local Rule 3.4 of the Local Rules of the United States District Court for the Northern District of Illinois, hereby provides the information the Clerk is required to forward to the Commissioner pursuant to 15 U.S.C. § 1116(c).

**Names and Addresses of Litigants**:

**Plaintiff**:    Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

**Defendants**:    Cyber Cycle, Inc.
5242 W. Diversey Ave.
Chicago, IL 60639

Ray Shunnarah
2035 N. 73rd Ct., Apt. 1
Elmwood Park, IL 60707-3136

Pauline Shunnarah
2035 N. 73rd Ct., Apt. 1
Elmwood Park, IL 60707-3136

**Trademark Registration Numbers**:

| Mark | Reg. No. |
| --- | --- |
| "MICROSOFT" | 1,200,236 |
| "MICROSOFT" | 1,256,083 |
| "POWERPOINT" | 1,475,795 |
| "MICROSOFT ACCESS" | 1,741,086 |
| "OUTLOOK" | 2,188,125 |
| COLOR FOUR SQUARE LOGO | 2,999,281 |

Dated: October 30, 2007

Respectfully submitted,

MICROSOFT CORPORATION

By: _____
One of Its Attorneys

Eric D. Brandfonbrener
Todd M. Church
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603
(312) 324-8400 -- telephone
(312) 324-9400 -- facsimile

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 30, 2007, he served a true and complete copy of the foregoing **Notice of Claims Involving Trademarks** upon the following parties by process server:

Cyber Cycle, Inc.
5242 W. Diversey Ave.
Chicago, IL 60639

Ray Shunnarah
2035 N. 73rd Ct., Apt. 1
Elmwood Park, IL 60707-3136

Pauline Shunnarah
2035 N. 73rd Ct., Apt. 1
Elmwood Park, IL 60707-3136

*Todd M. Church*

Todd M. Church