# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MICROSOFT CORPORATION, a Washington corporation,
      Plaintiff,

V.

CYBER CYCLE, INC., an Illinois corporation; RAY SHUNNARAH, an individual; and PAULINE SHUNNARAH, an individual,
      Defendants.

CASE: **07CV6118**
ASSIGN: **JUDGE MANNING**
DESIG: **MAG. JUDGE NOLAN**
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

RAY SHUNNARAH
2035 N. 73rd Ct., Apt. 1
Elmwood Park, IL 60707-3136

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric D. Brandfonbrener
Todd M. Church
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

OCT 3 0 2007
DATE

# Affidavit of Process Server

| Microsoft Corporation | vs | Cyber Cycle Inc. | 07CV6118 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Karl Brown__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Ray Shunnarah__
NAME OF PERSON/ENTITY BEING SERVED
with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Summons & Complaint__

by serving (NAME) __Ray Shunnarah__
at ☐ Home _____
☒ Business __5242 W. Diversey Ave.__
☒ on (DATE) __10-30-07  2:53 pm__ at (TIME) __2:53 pm__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely_____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address     ☐ Evading                          ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____, ( ) _____,
( ) __10-30-07  2:53 pm__, ( ) _____, ( ) _____

**Description:**
☐ Male   ☐ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female ☐ Black Skin   ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
         ☐ Yellow Skin  ☐ Blond Hair                  ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
         ☐ Brown Skin   ☐ Gray Hair    ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin    ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __5__ day of __November, 2007__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.