UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Microsoft Corporation
                          Plaintiff,

v.                                         Case No.: 1:07−cv−06118
                                               Honorable Blanche M. Manning

Cyber Cycle, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 26, 2007:

      MINUTE entry before Judge Blanche M. Manning : The return of service indicates that defendant Cyber Cycle, Inc. was served on 10/30/2007 and defendants Pauline Shunnarah and Ray Shunnarah were served on 11/1/2007. More than 20 days have elapsed and defendants have failed to answer or otherwise plead. The clerk hereby enters default pursuant to Rule 55(a). A prove up hearing is set to 12/6/2007 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.