**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICROSOFT CORPORATION | ) | |
| | ) | No.   07 C 6118 |
| | ) | |
| Plaintiff, | ) | |
| vs | ) | Honorable Judge Blanche M. Manning |
| | ) | Magistrate Judge Nolan |
| CYBER CYCLE, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO VACATE DEFAULT AND**
**EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendants, Cyber Cycle, Inc., Pauline Shunnarah and Ray Shunnarah, by and through their attorneys, Fritzshall & Pawlowski, and respectfully requests that this Honorable Court vacate the default entered on November 26, 2007, and grant them an extension of time to answer or otherwise plead to Plaintiff's complaint, and in support thereof states as follows:

1. Plaintiff's complaint was filed on October 30, 2007. Defendants were served shortly thereafter and filed their timely appearance on November 19, 2007.

2. A default was entered by the clerk on November 26, 2007, against Defendants with a prove up set for December 6, 2007.

3. There are numerous issues involved in the complaint which require investigation before a determination can be made on Defendants' response to the complaint.

4. The parties have been discussing settlement and beginning informal discovery in furtherance thereof. Plaintiff agreed to allow Defendants until December 5, 2007, to answer or otherwise plead in this matter.

5. In order to conduct a proper and thorough investigation towards the possibility of settlement and to prepare a response to Plaintiff's allegations, Defendants requests an additional 28 days in which to answer or otherwise plead to Plaintiff's complaint.

2

      6.      No party would be prejudiced by such an extension at this early stage of the proceedings.

      WHEREFORE, Defendants pray that this Honorable Court vacate the default entered on November 26, 2007, vacate the December 6, 2007, prove up date, grant them an additional 28 days to answer or otherwise plead to Plaintiff's complaint and for such other and further relief as this Court deems just and proper.

                                                                         Respectfully submitted,
                                                                       Cyber Cycle, Inc.,
                                                                       Ray Shunnarah and Pauline Shunnarah

                                                                       /s/ Brad Pawlowski
                                                                       By: One of their attorneys

**Fritzshall & Pawlowski**
**6584 N. Northwest Hwy.**
**Chicago, IL 60631**
**773-763-4400**