**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICROSOFT CORPORATION | ) | |
| | ) | No.   07 C 6118 |
| | ) | |
| Plaintiff, | ) | |
| vs | ) | Honorable Judge Blanche M. Manning |
| | ) | Magistrate Judge Nolan |
| CYBER CYCLE, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Perkins Coie
      Attn: Todd Church
      131 S. Dearborn, Ste. 1700
      Chicago, IL 60603

PLEASE TAKE NOTICE THAT on Tuesday, December 4, 2007, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Anderson, or any judge sitting in his/her stead, in courtroom 2125, of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendants' Motion to Vacate Default and for Extension of Time to Answer or Otherwise Plead.

　　　　　　　　　　　　　　　　　　　　 /s/ Brad J. Pawlowski
　　　　　　　　　　　　　　　　　　　　Brad J. Pawlowski

**CERTIFICATE OF SERVICE**

I, Brad J. Pawlowski, attorney, certify that the attached motion was served upon the persons named above via facsimile or regular mail as indicated on November 28, 2007, at or before the hour of 5:00 p.m. with proper postage prepaid by depositing same in the U.S. Mail depository located at 6584 N. Northwest Hwy., Chicago, IL 60631.

　　　　　　　　　　　　　　　　　　　　 /s/ Brad J. Pawlowski
　　　　　　　　　　　　　　　　　　　　Brad J. Pawlowski

**FRITZSHALL & PAWLOWSKI
6584 N. Northwest Hwy.
Chicago, IL 60631
773/763-4400**