# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Microsoft Corporation

                             Plaintiff,

v.                                                          Case No.: 1:07–cv–06118
                                                            Honorable Blanche M. Manning

Cyber Cycle, Inc., et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 3, 2007:

        MINUTE entry before Judge Blanche M. Manning :Defendants' motion to vacate default and for extension of time to answer or otherwise plead [13] is granted. Defendants shall answer or otherwise plead no later than 1/3/2008. Prove up hearing is stricken. Status hearing set for 1/10/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.