**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICROSOFT CORPORATION | ) | |
| | ) | No.   07 C 6118 |
| | ) | |
| Plaintiff, | ) | |
| vs | ) | Honorable Judge Blanche M. Manning |
| | ) | Magistrate Judge Nolan |
| CYBER CYCLE, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Perkins Coie
       Attn: Todd Church
       131 S. Dearborn, Ste. 1700
       Chicago, IL 60603

 PLEASE TAKE NOTICE THAT on  Thursday, January 3 , 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois the attached Answer and Affirmative Defenses to Complaint on behalf of the Defendants a copy of which is hereby served upon you.

   /s/ Brad J. Pawlowski
   Brad J. Pawlowski


**CERTIFICATE OF SERVICE**

 I, Brad J. Pawlowski, attorney, certify that the attached motion was served upon the persons named above via facsimile or regular mail as indicated on January 3, 2008, at or before the hour of 5:00 p.m. with proper postage prepaid by depositing same in the U.S. Mail depository located at 6584 N. Northwest Hwy., Chicago, IL 60631.

   /s/ Brad J. Pawlowski
   Brad J. Pawlowski

**FRITZSHALL & PAWLOWSKI**
**6584 N. Northwest Hwy.**
**Chicago, IL 60631**
**773/763-4400**