
Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| CASE NUMBER | 07 C 6118 | DATE | 1/29/2008 |
| CASE TITLE | Microsoft Corporation vs. Cyber Cycle, Inc., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 2/19/2008 at 9:00 a.m. All fact discovery to be completed by 8/1/2008. All expert discovery to be completed by 10/3/2008. Enter Agreed Scheduling Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:08

| Courtroom Deputy Initials: | SB |
|---|---|