

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| Microsoft Corporation<br>　　　Plaintiff(s),<br><br>v.<br><br><br><br>Cyber Cycle, Inc., et al.<br>　　　Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Case No. __07-CV-6118__<br>)<br>)　　Magistrate Judge Nan R. Nolan<br>)<br>)<br>)<br>) |

### AGREED SCHEDULING ORDER

The parties have agreed to the following deadlines by which fact and expert discovery shall be completed in the above-captioned case:

1. All fact discovery will be completed by August 1, 2008 Any motion(s) to compel regarding fact discovery should be filed as soon as possible, but no later than the close of fact discovery.

If the parties anticipate filing summary judgment motions before expert discovery is conducted or if the parties do not anticipate conducting any expert discovery, you are done filling out this form. If expert discovery will be conducted prior to filing summary judgment motions, please continue.

2. Plaintiff(s) will designate expert witnesses and provide the disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) by August 22, 2008.

3. Defendant(s) will designate expert witnesses and provide the disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) by September 5, 2008.

4. Plaintiff(s) will disclose any expert rebuttal opinion(s) by September 19, 2008.

5. Depositions of expert witnesses will be taken by and all expert discovery will be completed by October 3, 2008

6. Any *Daubert* motions shall be filed 30 days after the close of expert discovery.

ENTER:

*[signature]*
Nan R. Nolan
United States Magistrate Judge

Dated: 1/29/08

*[signature]*
Counsel for Plaintiff(s)

Dated: 1-29-08

*[signature]*
Counsel for Defendant(s)

Dated: 1-29-08