IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CYBER CYCLE, INC., an Illinois corporation; RAY SHUNNARAH, an individual; and PAULINE SHUNNARAH, an individual,<br><br>　　　　　Defendants. | Case No. 07 C 6118<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Nolan |

## CERTIFICATE OF SERVICE

The undersigned, an attorney for Plaintiff Microsoft Corporation ("Microsoft"), hereby certifies that he provided copies of the materials sent by Gwen Rosegay, Deputy Clerk, relating to the Northern District of Illinois' voluntary Lanham Act mediation program to Microsoft and to counsel for Defendants, Brad Pawlowski, via facsimile and U.S. mail.

Dated: February 21, 2008　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/s/ Todd M. Church

　　　　　　　　　　　　　　　　　　　　　Todd M. Church
　　　　　　　　　　　　　　　　　　　　　Perkins Coie LLP
　　　　　　　　　　　　　　　　　　　　　131 S. Dearborn Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　　(312) 324-8400

　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

LEGAL14000772.1