# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Microsoft Corporation | Case Number: 07-CV-6118 |
| Plaintiff | Assigned Judge: Blanche M. Manning |
| vs. |  |
| Cyber Cycle, Inc. et al. | Designated Magistrate Judge: Nan R. Nolan |
| Defendant |  |

### JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES

Pursuant to Section V.A. of the procedures for the voluntary mediation program, the undersigned parties hereby file this joint statement concerning their participation in the program.

☐ A. The undersigned will participate in the Court's mediation program.

☒ B. The undersigned will not participate in the Court's mediation program because not all parties agree to take part in the program.

☐ C. The undersigned will not participate in the Court's mediation program for the reasons described in the attached statement

☐ D. The undersigned will participate in another mediation program. (Note: A brief statement detailing the nature of the program must be attached)

_____          _____
Signature of Plaintiff's Counsel              Signature of Defendant's Counsel

2-21-08                                    2-21-08
Date                                       Date