IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CYBER CYCLE, INC., an Illinois corporation; RAY SHUNNARAH, an individual; and PAULINE SHUNNARAH, an individual,<br><br>  Defendants. | )<br>)<br>)<br>)  Case No. 07 C 6118<br>)<br>)  Judge Blanche M. Manning<br>)<br>)  Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned, an attorney for Defenants hereby certifies that he provided copies of the materials sent by Plaintiff's counsel as received by him from Gwen Rosegay, Deputy Clerk, relating to the Northern District of Illinois' voluntary Lanham Act mediation program to Defendants.

Dated:  February 21, 2008       Respectfully submitted,

                                Attorney for Defendants

                                _____
                                Brad J. Pawlowski
                                Fritzshall & Pawlowski
                                6584 N. Northwest Hwy.
                                Chicago, IL 60631
                                773-763-4400