**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Microsoft Corporation
        Plaintiff,

v.               Case No.: 1:07−cv−06118
                Honorable Blanche M. Manning

Cyber Cycle, Inc., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 2, 2008:

  MINUTE entry before Judge Honorable Blanche M. Manning: Status hearing set for 5/8/2008 is reset to 5/13/2008 at 11:00 AM. Pursuant to Magistrate Judge Nolan's order of 4/21/2008, an agreement has been reached. If a dismissal order is filed prior to the next date, the status hearing will be stricken.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.