IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation <br><br> Plaintiff, <br><br> v. <br><br> CYBER CYCLE, INC., an Illinois corporation; RAY SHUNNARAH, an individual; and PAULINE SHUNNARAH, an individual, <br><br> Defendants. | Case No. 07 C 6118 <br><br> Judge Blanche M. Manning <br><br> Magistrate Judge Nolan |

### STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

WHEREAS Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft") and Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual (collectively, "Defendants") have settled the above-captioned matter; and

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants;

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and, if necessary, the Consent Judgment as described in the Settlement Agreement and Release between Microsoft and Defendants.

**IT IS SO STIPULATED.**

1

DATED: ~~April~~ __, 2008
       May 5

PERKINS COIE LLP

By: /s/ Todd Church
Todd Church
*Attorney for Plaintiff Microsoft Corporation*

DATED: April 23, 2008

FRITZSHALL & PAWLOWSKI

By: /s/ Brad J. Pawlowski
Brad J. Pawlowski
*Attorney for Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual*

LEGAL14170307.1

## **ORDER**

Good Cause appearing therefore, IT IS ORDERED THAT:

Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual, are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

The Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and, if necessary, the Consent Judgment as described in the Settlement Agreement and Release between Microsoft and Defendants.

Dated: _____        _____
                                                                  BLANCHE M. MANNING
                                                       UNITED STATES DISTRICT JUDGE

LEGAL14170307.1