IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> CYBER CYCLE, INC., an Illinois corporation; RAY SHUNNARAH, an individual; and PAULINE SHUNNARAH, an individual, <br><br> Defendants. | Case No. 07 C 6118 <br><br> Judge Blanche M. Manning <br><br> Magistrate Judge Nolan |

## NOTICE OF FILING

To:   Brad J. Pawlowski
      Fritzshall & Pawlowski
      6584 N. Northwest Hwy.
      Chicago, IL 60631

**PLEASE TAKE NOTICE** that on May 19, 2008, Plaintiff Microsoft Corporation filed the attached **Stipulated Permanent Injunction Against Defendants and Proposed Order** and **Stipulation for Dismissal With Prejudice and Proposed Order,** copies of which are hereby served upon you.

DATED: May 19, 2008

By:  */s/ Todd M. Church*
Todd M. Church
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

LEGAL14294087.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 19, 2008, he served true and complete copies of the **Notice of Filing, Stipulated Permanent Injunction Against Defendants and Proposed Order** and **Stipulation for Dismissal With Prejudice and Proposed Order** upon all counsel. Service was accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User.

*/s/ Todd M. Church*

LEGAL14294087.1