IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CYBER CYCLE, INC., an Illinois corporation; RAY SHUNNARAH, an individual; and PAULINE SHUNNARAH, an individual,<br><br>　　　　Defendants. | Case No.  07 C 6118<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Nolan |

### NOTICE OF FILING

To:   Brad J. Pawlowski
　　　Fritzshall & Pawlowski
　　　6584 N. Northwest Hwy.
　　　Chicago, IL 60631

　　**PLEASE TAKE NOTICE** that on July 1, 2008, Plaintiff Microsoft Corporation filed the attached **Amended Stipulation for Dismissal Without Prejudice and Proposed Order,** copies of which are hereby served upon you**.**

DATED:  July 1, 2008

By:   */s/ Todd M. Church*
Todd M. Church
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois  60603
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

LEGAL14439886.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 1, 2008, he served true and complete copies of the **Notice of Filing** and **Amended Stipulation for Dismissal Without Prejudice and Proposed Order** upon all counsel.  Service was accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User.

*/s/ Todd M. Church*