Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6118 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Microsoft Corp vs. Cyber Cycle, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Enter Stipulated Permanent Injunction Against Defendants. Defendants Cyber Cycle, Inc., Ray Shunnarah, and Pauline Shunnarah are jointly and severally liable to the plaintiff in the amount of $75,000.00, plus post-judgment interest as allowed by law. Enter Consent Judgment. Enter Amended Stipulation for Dismissal Without Prejudice. The dismissal without prejudice shall not allow the parties to reopen issues resolved by the mutual release in the settlement agreement and shall become a dismissal with prejudice after defendants have paid the agreed upon settlement amount in full. Enter Order

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 30 AM 9:08
FILED