HHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
7-25-2008
JUL 25 2008

MICROSOFT CORPORATION, a )
Washington corporation, )
) Case No. 07 C 6118
) Judge Blanche M. Manning
Plaintiff, ) United States District Court
v. )
) Judge Blanche M. Manning
)
) Magistrate Judge Nolan
CYBER CYCLE, INC., an Illinois corporation; )
RAY SHUNNARAH, an individual; and )
PAULINE SHUNNARAH, an individual, )
)
Defendants.

## STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS AND PROPOSED ORDER

Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft") and Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual (collectively, "Defendants"), hereby stipulate that Defendants, along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

(a)  imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA"), certificates of authenticity ("COAs"), or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

    (1)    1,200,236 ("MICROSOFT");

    (2)    1,256,083 ("MICROSOFT");

    (3)    1,475,795 ("POWERPOINT");

    (4)    1,741,086 ("MICROSOFT ACCESS");

1

LEGAL14170267.1

(5) 2,188,125 ("OUTLOOK"); and

(6) 2,999,281 (COLOR FOUR SQUARE LOGO);

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Nos.:

(1) TX 5-837-617 ("Office Professional 2003");

(2) TX 5-837-636 ("Office Excel 2003");

(3) TX 5-900-087 ("Office Outlook 2003");

(4) TX 5-852-649 ("Office PowerPoint 2003");

(5) TX 5-837-618 ("Publisher 2003");

(6) TX 5-900-088 ("Office Word 2003");

(7) TX 5-877-513 ("Business Contact Manager for Office Outlook 2003"); and

(8) TX 5-901-713 ("Office Access 2003");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the

manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

This injunction does not prohibit the distribution of genuine Microsoft software in accordance with the law and all applicable license agreements.

**IT IS SO STIPULATED.**

DATED: April 23, 2008        CYBER CYCLE, INC., an Illinois corporation

*Cyber Cycle, Inc.*
By: *[signature]*

3

DATED: April 23, 2008          RAY SHUNNARAH, an individual

                               _____

DATED: April 23, 2008          PAULINE SHUNNARAH, an individual

                               _____

DATED: April ___, 2008         MICROSOFT CORPORATION, a Washington corporation

                               By: _____

Approved as to form:

DATED: ~~April~~ ___, 2008     PERKINS COIE LLP
       May 5
                               By: _____
                                   Todd Church
                                   *Attorney for Plaintiff Microsoft Corporation*

DATED: April 23, 2008          FRITZSHALL & PAWLOWSKI

                               By: _____
                                   Brad J. Pawlowski

4

LEGAL14170267.1

DATED: April 23, 2008          RAY SHUNNARAH, an individual

                               _____

DATED: April 23, 2008          PAULINE SHUNNARAH, an individual

                               _____

DATED: April ___, 2008         MICROSOFT CORPORATION, a Washington corporation


                               _____
                               By:


Approved as to form:


DATED: April ___, 2008         PERKINS COIE LLP
       May 5

                               By: _____
                                   Todd Church
                                   *Attorney for Plaintiff Microsoft Corporation*


DATED: April 23, 2008          FRITZSHALL & PAWLOWSKI


                               By: _____
                                   Brad J. Pawlowski

LEGAL14170267.1

*Attorney for Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual*

### ORDER

Good cause appearing therefore, **IT IS SO ORDERED THAT:**

The Stipulated Permanent Injunction between Plaintiff Microsoft Corporation and Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual, is hereby entered.

This Court shall retain jurisdiction to enforce the Stipulated Permanent Injunction.

Dated: 7/25/2008

*[signature]*
**BLANCHE M. MANNING**
**UNITED STATES DISTRICT JUDGE**

5