IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, ) ) ) | Case No. 07 C 6118 |
| Plaintiff, ) ) | Judge Blanche M. Manning |
| v. ) ) | Magistrate Judge Nolan |
| CYBER CYCLE, INC., an Illinois corporation; ) RAY SHUNNARAH, an individual; and ) PAULINE SHUNNARAH, an individual, ) ) | |
| Defendants. | |

## CONSENT JUDGMENT

This matter having come before the Court by consent of all parties, who are represented by counsel, and the terms being consented to by all parties, it is hereby

**ORDERED AND ADJUDGED** that Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual, are jointly and severally liable to the Plaintiff in the amount of seventy five thousand dollars ($75,000) plus post-judgment interest as allowed by law. Plaintiff shall be entitled to immediate execution on the Consent Judgment after entry by the Court.

SO ORDERED this 25th day of July, 2008.

*Blanche M Manning*
BLANCHE M. MANNING
UNITED STATES DISTRICT JUDGE

LEGAL14171138.1

1

Agreed and Stipulated:

DATED: April 23, 2008          CYBER CYCLE, INC., an Illinois corporation

By: *[signature]*

DATED: April 23, 2008          RAY SHUNNARAH, an individual

*[signature]*

DATED: April 23, 2008          PAULINE SHUNNARAH, an individual

*[signature]*

DATED: April ___, 2008         MICROSOFT CORPORATION, a Washington corporation

By: _____

Approved as to form:

DATED: ~~April~~ May 5, 2008    PERKINS COIE LLP

By: *[signature]*
Todd Church
*Attorney for Plaintiff Microsoft Corporation*

DATED: April 23 2008           FRITZSHALL & PAWLOWSKI

By: *[signature]*
Brad J. Pawlowski

2

LEGAL14171138.1

Agreed and Stipulated:

DATED: April 23, 2008            CYBER CYCLE, INC., an Illinois corporation

                                 By: _____

DATED: April 23, 2008            RAY SHUNNARAH, an individual

                                 _____

DATED: April 23, 2008            PAULINE SHUNNARAH, an individual

                                 _____

DATED: April ___, 2008           MICROSOFT CORPORATION, a Washington corporation

                                 By: _____

Approved as to form:

DATED: ~~April~~ May 5, 2008     PERKINS COIE LLP

                                 By: _____
                                     Todd Church
                                 *Attorney for Plaintiff Microsoft Corporation*

DATED: April 23 2008.            FRITZSHALL & PAWLOWSKI

                                 By: _____
                                     Brad J. Pawlowski

2

*Attorney for Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual*