MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 25 2008
7-25-2008
Judge Blanche M. Manning
United States District Court

MICROSOFT CORPORATION, a
Washington corporation

    Plaintiff,

v.

CYBER CYCLE, INC., an Illinois corporation;
RAY SHUNNARAH, an individual; and
PAULINE SHUNNARAH, an individual,

    Defendants.

) Case No. 07 C 6118
)
) Judge Blanche M. Manning
)
) Magistrate Judge Nolan

## AMENDED STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER

WHEREAS Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft") and Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual (collectively, "Defendants") have settled the above-captioned matter; and

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants;

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants shall be dismissed without prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and, if necessary, the Consent Judgment as described in the Settlement Agreement and Release between Microsoft and Defendants.

1

LEGAL14433464.1

The dismissal without prejudice shall not allow the parties to reopen issues resolved by the mutual release contained in the Settlement Agreement and shall become a dismissal with prejudice upon notice to the Court from Microsoft after Defendants have paid the agreed upon settlement amount in full.

**IT IS SO STIPULATED.**

DATED: June 30 2008        PERKINS COIE LLP

By: /s/ Todd Church
Todd Church
*Attorney for Plaintiff Microsoft Corporation*

DATED: June __, 2008        FRITZSHALL & PAWLOWSKI

By:_____
Brad J. Pawlowski
*Attorney for Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual*

LEGAL14433464.1

The dismissal without prejudice shall not allow the parties to reopen issues resolved by the mutual release contained in the Settlement Agreement and shall become a dismissal with prejudice upon notice to the Court from Microsoft after Defendants have paid the agreed upon settlement amount in full.

IT IS SO STIPULATED.

DATED: June 20 2008            PERKINS COIE LLP

                               By: _____
                                   Todd Church
                                   *Attorney for Plaintiff Microsoft Corporation*

DATED: June 30, 2008           FRITZSHALL & PAWLOWSKI

                               By: _____
                                   Brad J. Pawlowski
                                   *Attorney for Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual*

LEGAL14433464.1

2

## ORDER

Good Cause appearing therefore, IT IS ORDERED THAT:

Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual, are hereby dismissed without prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

The Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and, if necessary, the Consent Judgment as described in the Settlement Agreement and Release between Microsoft and Defendants.

The dismissal without prejudice shall not allow the parties to reopen issues resolved by the mutual release contained in the Settlement Agreement and shall become a dismissal with prejudice upon notice to the Court from Microsoft after Defendants have paid the agreed upon settlement amount in full.

Dated: 7/25/2008

BLANCHE M. MANNING
UNITED STATES DISTRICT JUDGE