IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION,<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | 07 C 6118 |
| CYBER CYCLE, INC., RAY SHUNNARAH, and PAULINE SHUNNARAH,<br>Defendants. | )<br>)<br>)<br>)<br>) | |

## ORDER

Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft") and Defendants Cyber Cycle, Inc., an Illinois corporation, Ray Shunnarah, an individual, and Pauline Shunnarah, an individual (collectively, "Defendants") have stipulated that they have settled the above-captioned matter and entered into a settlement agreement ("Settlement Agreement"). In addition, contemporaneously with this order, the Court has entered a stipulated permanent injunction ("Permanent Injunction") between Microsoft and Defendants and a consent judgment ("Consent Judgment"). It is thus ordered that:

1. Defendants shall be dismissed without prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

2. This Court shall retain jurisdiction to enforce the Permanent Injunction and the Consent Judgment.

3. The dismissal without prejudice shall not allow the parties to reopen issues resolved by the mutual release contained in the Settlement Agreement and shall become a

dismissal with prejudice upon notice to the Court from Microsoft after Defendants have paid the agreed upon settlement amount in full.

DATE: July 25, 2008

*Blanche M. Manning*
Blanche M. Manning
United States District Judge