# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6118 | **DATE** | 8/8/2008 |
| **CASE TITLE** | Microsoft Corp vs. Cyber Cycle, Inc., et al. | | |

**DOCKET ENTRY TEXT**

On 7/25/2008, this court entered an order in this case, which included the entry of a consent judgment. The language in the amended stipulation to dismiss specifically states that the consent judgment would be entered, "if necessary." There being no need to enter the consent judgment, it is hereby stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|